**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KATTIE DEDLOFF, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:22-CV-00868 JAR |
| TARGET CORPORATION, | ) ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. No. 21),

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**.

Dated this 28th day of October, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**